**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BET SHAVEI-TZION a/k/a BET SHAVEI-TZION INTERNATIONAL and/or BET SHAVEU-TZION, LTD., INTERNATIONAL,** : : : : | |
| **Plaintiff,** : | **CIVIL ACTION NO. 3:17-0973 (JUDGE MANNION)** |
| : | |
| **v.** : | |
| : | |
| **CADLES OF GRASSY MEADOWS, II, LLC, substitute to Brown Bark, I, L.P. assignee of Sovereign Bank, successor by merger to Main Street Bank,** : : : : | |
| : | |
| **Defendant.** | |

## ORDER

In accordance with the memorandum issued this same day, the plaintiff's emergency motion for a preliminary injunction, (Doc. 3), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Dated: June 7, 2017**